UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORPORACION COLOMBIANA DE PADRES Y MADRES, | |
| Petitioner, | 20-CV-4486 (KMK) |
| v. | ORDER |
| PEPSICO, INC., | |
| Respondent. | |

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the Oral Argument on January 28, 2021, the Court denies Petitioner's Corporación Colombiana de Padres y Madres discovery request under 28 U.S.C. § 1782 in light of the conditions that Respondent has agreed to on the record. The Clerk of Court is respectfully requested to close the case.

    SO ORDERED.

Dated:    January 28, 2021
             White Plains, New York

                                                        KENNETH M. KARAS
                                                         United States District Judge